No. 84–403.  ALTMAN *v.* HURST, CHIEF OF POLICE OF CITY OF HICKORY HILLS, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–411.  UNIVERSITY OF TEXAS AT EL PASO *v.* DUKE. C. A. 5th Cir.  Certiorari denied.

No. 84–414.  MEAD JOHNSON & CO. *v.* LOUISVILLE & NASHVILLE RAILROAD CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–415.  CASE *v.* BASF WYANDOTTE ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 84–417.  MOODY, DEBTOR-IN-POSSESSION *v.* AMOCO OIL CO.  C. A. 7th Cir.  Certiorari denied.

No. 84–431.  MID-AMERICA MACHINERY CO. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 84–442.  INTELICENSE CORP., S.A. *v.* UNITED STATES OLYMPIC COMMITTEE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 84–463.  SPIEGEL, INC. *v.* ALDON ACCESSORIES, LTD. C. A. 2d Cir.  Certiorari denied.

No. 84–481.  QUANSAH *v.* ALL AMERICAN COPY INC. ET AL. C. A. 9th Cir.  Certiorari denied.

No. 84–485.  EHM *v.* NATIONAL RAILROAD PASSENGER CORPORATION.  C. A. 5th Cir.  Certiorari denied.

No. 84–488.  BULKLEY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 84–509.  TICKEL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 84–513.  MILLER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 84–514.  MUELBL *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.